**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDRE BROWN,**

    **Plaintiff,**

                                  **CASE NO.:  6:10-CV-01215-MSS-DAB**

**vs.**

**ENVIROWASTE SERVICES**
**GROUP, INC.,**

    **Defendant.**                       **/**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, ANDRE BROWN, pursuant to Rule 41 of the Federal Rules of Civil Procedure, files his Notice of Voluntary Dismissal Without Prejudice.

    Dated this 29th day of September, 2010.

                                                **s/ CARLOS V. LEACH**
                                                Carlos V. Leach, Esquire
                                                FBN 0540021
                                                Morgan & Morgan, P.A.
                                                20 N. Orange Ave., 14th Floor
                                                P.O. Box 4979
                                                Orlando, FL 32802-4979
                                                Telephone:    (407) 420-1414
                                                Facsimile:     (407) 420-5956
                                                Email: CLeach@forthepeople.com
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I sent the foregoing document and the Notice of the electronic filing by U.S. Mail to: ENVIROWASTE SERVICES GROUP, INC., C/O: RAFAEL B. BARBA, Registered Agent, 5931 SW 88TH ST., MIAMI FL 33156.

s/ CARLOS V. LEACH
Carlos V. Leach